**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-1441**

─────────

CHRISTINE SANDRA MCLENDON,

Plaintiff - Appellant,

versus

ROBERT E. PAYNE, Chief Judge,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-99-620-7)

─────────

Submitted:  June 15, 2000                    Decided:  June 21, 2000

─────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Christine Sandra McLendon, Appellant Pro Se. John Francis Corcoran, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christine Sandra McLendon appeals from the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>McLendon v. Payne</u>, No. CA-99-620-7 (W.D. Va. Mar. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>